**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOANNA BURKE and JOHN BURKE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00897** |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| **SUCCESSOR BY MERGER TO** | § | |
| **OCWEN LOAN SERVICING, LLC,** | § | |
| **MARK DANIEL HOPKINS, SHELLEY** | § | |
| **HOPKINS, and HOPKINS LAW, PLLC,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON PHH MORTGAGE CORPORATION'S MOTION TO CLARIFY, OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME.

On this day, the Court considered Defendant PHH Mortgage Corporation ("PHH") files this Motion to Clarify, or in the alternative, Motion for Extension of time in response to Plaintiff Joanna Burke motion for summary judgment filed in state court prior to removal. After considering the Motion, the Court orders as follows:

IT IS HEREBY ORDERED that Plaintiff's partial motion for summary judgment, filed with the state court, is moot and Plaintiff must re-file same if Plaintiff wishes to move for partial summary judgment.

SIGNED this the _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE