IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| Joanna Burke ) | CIVIL ACTION No. |
| ) | 4:24-cv-00897 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| Deutsche Bank National Trust Company, PHH ) | |
| Mortgage Corporation, AVT Title Services, ) | |
| LLC, Mackie Wolf Zientz & Mann, PC, Judge ) | |
| Tami Craft aka Judge Tamika Craft-Demming, ) | |
| Judge Elaine Palmer, Sashagaye Prince, Mark D ) | |
| Hopkins, Shelley L Hopkins, Hopkins Law, ) | |
| PLLC, John Doe, and/or Jane Doe ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

United States Courts
Southern District of Texas
FILED

JUN 13 2024

Nathan Ochsner, Clerk of Court

## PLAINTIFF'S REPLY TO OBJECTIONS TO MOTION TO STRIKE PHH MORTGAGE CORPORATION'S MOTION TO DECLARE PLAINTIFF JOANNA BURKE AS A VEXATIOUS LITIGANT & MOTION FOR EXTENSION OF TIME

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE AND ALL INTERESTED PARTIES:

**PHH Hopkins Failed to Provide 21-Days Safe Harbor Notice Before Filing the Motion**

In response to Plaintiff's Motion to Strike, PHH Mortgage Corporation ("PHH") through counsel Mark and Shelley Hopkins contends that Plaintiff's Motion to Strike lacks merit and criticizes the Plaintiff's legal acumen. However, PHH's response fails to engage with the substantive legal arguments presented by the Plaintiff and instead resorts to ad hominem attacks.

Notably, PHH's rebuttal in section 4, titled "Motion to Strike," lacks any reference to relevant legal authorities or attempts to address the caselaw cited by the Plaintiff.

Additionally, the precedent set forth in *Alanis v. Wells Fargo Bank*, No. SA-21-CV-01261-

1

JKP (W.D. Tex. Feb. 17, 2022), which received commendation for its comprehensive legal analysis, underscores the Plaintiff's ability to interpret and apply the law accurately, as affirmed by the Fifth Circuit Court in *Alanis v. Wells Fargo Bank*, No. 22-50246 (5th Cir. Dec. 22, 2022).

Given PHH's glaring failure to comply with the mandatory 21-day safe harbor provision, as stipulated by *HUDNALL v. STATE OF TEXAS* (3:22-cv-00036-KC-RFC) District Court, W.D. Texas, the Plaintiff's reliance on this precedent is well-founded. Consequently, the Motion to Strike should be granted, and any objections raised by PHH regarding the Plaintiff's Motion for an Extension of Time are rendered moot.

RESPECTFULLY submitted this 11th day of June, 2024.

*Joanna Burke* (signature)

Joanna Burke, Harris County
State of Texas / Pro Se

46 Kingwood Greens Dr
Kingwood, Texas 77339
Phone Number: (281) 812-9591
Fax: (866) 705-0576
Email: joanna@2dobermans.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on June 11, 2024 as stated below on the following:

**VIA U.S. Mail:**

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

**VIA e-Mail:**

2

Shelley L. Hopkins
Mark D. Hopkins
HOPKINS LAW, PLLC
2802 Flintrock Trace, Suite B103
Austin, Texas 78738
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

PHH MORTGAGE CORPORATION

*/s/ Joanna Burke*

Joanna Burke, Harris County
State of Texas / Pro Se

46 Kingwood Greens Dr
Kingwood, Texas 77339
Phone Number: (281) 812-9591
Fax: (866) 705-0576
Email: joanna@2dobermans.com

3



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PAPER POUCH
how2recycle.info



**UNITED STATES POSTAL SERVICE® Click-N-Ship®**

usps.com  9405 8301 0935 5104 0749 29 0079 9001 0007 7208
$7.99
US POSTAGE
Insured    U.S. POSTAGE PAID

06/11/2024    Mailed from 77339  639821506788801

**PRIORITY MAIL®**

JOANNA C BURKE
46 KINGWOOD GREENS DR
KINGWOOD TX 77339-5335

United States Courts
Southern District of Texas
FILED
JUN 13 2024
Nathan Ochsner, Clerk of Court

06/13/2024
RDC 03
B050

CLERK OF COURT
NATHAN OCHSNER
PO BOX 61010
HOUSTON TX 77208-1010

**USPS TRACKING #**
9405 8301 0935 5104 0749 29