United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-897 |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, | § | |
| PHH MORTGAGE CORPORATION, | § | |
| AVT TITLE SERVICES, LLC, | § | |
| MACKIE WOLF ZIENTZ & MANN, PC, | § | |
| JUDGE TAMI CRAFT aka | § | |
| JUDGE TAMIKA CRAFT-DEMMING, | § | |
| JUDGE ELAINE PALMER, | § | |
| SASHAGAYE PRINCE, | § | |
| MARK D. HOPKINS, | § | |
| SHELLEY L. HOPKINS, | § | |
| HOPKINS LAW, PLLC, | § | |
| JOHN DOE, AND/OR JANE DOE, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

Although Plaintiff Joanna Burke served Defendant PHH Mortgage Corporation,[1] no service upon Defendants Deutsche Bank National Trust Company, AVT Title Services, LLC, Mackie Wolf Zientz & Mann, PC, Judge Tami Craft aka Judge Tamika Craft-Demming, Judge Elaine Palmer, Sashagaye Prince, Mark D. Hopkins, Shelley L. Hopkins, and Hopkins Law, PLLC has been shown. As of this date, Defendants Deutsche Bank National Trust Company, AVT Title Services, LLC,

---

[1] *See* Document No. 1 at 3.

Mackie Wolf Zientz & Mann, PC, Judge Tami Craft aka Judge Tamika Craft-Demming, Judge Elaine Palmer, Sashagaye Prince, Mark D. Hopkins, Shelley L. Hopkins, and Hopkins Law, PLLC have not filed Answers or otherwise appeared.  Accordingly, it is

ORDERED that Plaintiff, within ten (10) days after the entry of this Order, shall file a response to show cause, if any exists, why this case should not be dismissed without prejudice against Defendants Deutsche Bank National Trust Company, AVT Title Services, LLC, Mackie Wolf Zientz & Mann, PC, Judge Tami Craft aka Judge Tamika Craft-Demming, Judge Elaine Palmer, Sashagaye Prince, Mark D. Hopkins, Shelley L. Hopkins, and Hopkins Law, PLLC pursuant to Rule 4(m).  It is thus further

ORDERED that the Scheduling Conference set for July 12, 2024, at 2:30 p.m. is hereby CANCELED.  It is further

ORDERED that Defendant PHH Mortgage Corporation's Motion to Continue Initial Pretrial and Scheduling Conference (Document No. 16) is DENIED as MOOT.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on June 17, 2024.

Ewing Werlein, Jr.
United States District Judge