IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| Joanna Burke ) | CIVIL ACTION No. |
| ) | 4:24-cv-00897 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Deutsche Bank National Trust Company, PHH ) | |
| Mortgage Corporation, AVT Title Services, ) | |
| LLC, Mackie Wolf Zientz & Mann, PC, Judge ) | |
| Tami Craft aka Judge Tamika Craft-Demming, ) | |
| Judge Elaine Palmer, Sashagaye Prince, Mark D ) | |
| Hopkins, Shelley L Hopkins, ) | |
| Hopkins Law, PLLC, John Doe ) | |
| and/or Jane Doe ) | |
| ) | |
| ) | |
| Defendants ) | |

## ORDER

Plaintiff Joanna Burke's VERIFIED RESPONSE TO PHH MORTGAGE CORPORATION'S MOTION TO DECLARE PLAINTIFF JOANNA BURKE AS A VEXATIOUS LITIGANT came on for hearing before this Court on _____.

After considering the Motion and all supporting and opposing documents, and having heard oral argument of counsel, and otherwise being duly advised on all matters presented on this cause, IT IS HEREBY ORDERED that VERIFIED RESPONSE TO PHH MORTGAGE CORPORATION'S MOTION TO DECLARE PLAINTIFF JOANNA BURKE AS A VEXATIOUS LITIGANT is DENIED.

IT IS SO ORDERED

Dated this ____ day of _____, 2024

1

_____
United States District Judge