Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
**FILED**

DEC 06 2024

Nathan Ochsner, Clerk of Court

Date: Dec. 3, 2024
Via USPS Mail

Burke v. PHH Mortgage Corporation (4:24-cv-00897)
Reassigned to: Judge Eskridge/Magistrate Judge Bryan
District Court, S.D. Texas

Dear Sir or Madam,

## JOANNA BURKE'S FILINGS IN THIS CASE

I would like to ask why my Express USPS Mail enclosing my legal pleadings, which arrived on November 15, 2024, have not been filed on the court's docket. I received this confirmation from USPS:

> *Hello Joanna Burke,*
>
> *Your item was picked up at postal facility at 9:06 am on November 15, 2024 in HOUSTON, TX 77208.*
>
> *The item was signed for by H LERMA.*
>
> *Tracking Number: 9481730109355000137813*
>
> *Package Shipped from: HQ – ECNS*
>
> *Delivered, Individual Picked Up at Postal Facility.*

I would be obliged if you could locate the package and ensure that these important and timely filed pleadings are added to the court's docket without further delay.

If you have any questions, please contact me at the information below.

Thank you.

Sincerely,

*Joanna Burke*

*Joanna Burke*

<u>Joanna Burke</u>
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Email: joanna@2dobermans.com
Fax: +1 (866) 705-0576