Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Date: November 11, 2024

Burke v. PHH Mortgage Corporation (4:24-cv-00897)

District Court, S.D. Texas

United States Courts
Southern District of Texas
FILED

NOV 15 2024

Nathan Ochsner, Clerk of Court

Dear Sir or Madam,

## JOANNA BURKE'S FILINGS IN THIS CASE

Please find enclosed the following documents:-

1. MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S RESPONSE TO PHH MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT.
2. VERIFIED SUPPLEMENT TO PLAINTIFF'S RESPONSE TO PHH MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT.
3. PROPOSED ORDER.
4. MOTION FOR LEAVE TO FILE VERIFIED SURREPLY TO PHH MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT.
5. VERIFIED SURREPLY TO PHH MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT.
6. PROPOSED ORDER.

If you have any questions, please contact me at the information below.

Thank you.

Sincerely,

*Joanna Burke*

Joanna Burke
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Email: joanna@2dobermans.com
Fax: +1 (866) 705-0576