Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Date: November 13, 2024

Burke v. PHH Mortgage Corporation (4:24-cv-00897)
District Court, S.D. Texas

Dear Sir or Madam,

**JOANNA BURKE'S FILINGS IN THIS CASE**

United States Courts
Southern District of Texas
FILED

NOV 15 2024

Nathan Ochsner, Clerk of Court

Please find enclosed the following documents:-

1. MOTION FOR LEAVE TO FILE VERIFIED SURREPLY TO PHH MORTGAGE CORPORATION'S MOTION TO DECLARE PLAINTIFF AS A VEXATIOUS LITIGANT.
2. VERIFIED SURREPLY TO PHH MORTGAGE CORPORATION'S MOTION TO DECLARE PLAINTIFF AS A VEXATIOUS LITIGANT.
3. PROPOSED ORDER.

If you have any questions, please contact me at the information below.

Thank you.

Sincerely,

*Joanna Burke*

Joanna Burke
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Email: joanna@2dobermans.com
Fax: +1 (866) 705-0576