United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA BURKE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:24-CV-0897 |
| | § | |
| PHH MORTGAGE CORPORATION, | § | |
| *Defendant.* | § | |

## ORDER

Plaintiff, a veteran litigant proceeding pro se, initiated this case in state court on December 21, 2023, as part of her approximately 14-year effort to thwart foreclosure on residential property located in Kingwood, Texas (Property).[1] ECF 1-4. Before the Court is PHH Mortgage Corporation's Motion to Declare Plaintiff as a Vexatious Litigant, which is addressed in a separate Memorandum and Recommendation.[2] ECF 28. Plaintiff has filed a Motion for Leave to File Verified Surreply to PHH Mortgage Corporation's Motion to Declare Plaintiff as a Vexatious Litigant. ECF 51.

Plaintiff has filed a Response to PHH's Motion (ECF 34) and PHH has filed a Reply (41). Plaintiff presents no good cause for granting leave to file a Surreply.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 26.

[2] The Court has dismissed all other Defendants. ECF 23.

The Motion rehashes arguments regarding jurisdiction addressed in other motions. Plaintiff also contends that PHH is asking the Court to interfere with state court proceedings, which is not accurate. It is therefore

ORDERED that Plaintiff's Motion for Leave to File Verified Surreply to PHH Mortgage Corporation's Motion to Declare Plaintiff as a Vexatious Litigant (ECF 53) is DENIED.

Signed on January 23, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge