IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOANNA BURKE, §<br>    *Plaintiff,* §<br> §<br>v. §<br> §<br> §<br>PHH MORTGAGE CORPORATION, §<br>    *Defendant.* § | Civil Action No. 4:24-CV-0897 |

# ORDER

On January 23, 2025, the Court issued three Orders regarding Plaintiff's requests to file supplemental materials (ECF 54, 55, 56) and three Memoranda and Recommendations, recommending the Plaintiff's Motion to Dismiss be denied (ECF 57), Defendant's Motion for Summary Judgment be granted (ECF 58), and Plaintiff be declared a vexatious litigant (ECF 59). Prior to the expiration of the 14-day objection period, Plaintiff filed "Plaintiff's Motion to Stay or in the Alternative for an Extension of Time Re ECF Entries 51-60." ECF 61. She also filed "Plaintiff's Motion to Certify Questions to the Court of Appeals for the Fifth Circuit." ECF 62. Thereafter, Plaintiff filed objections to each January 23, 2025 Order and Memorandum and Recommendation. The Court finds no good cause for issuing a stay and an extension of time to file objections. Further, the Court has no authority to "certify" a question to the Fifth Circuit. Plaintiff's recourse is an appeal from a final judgment in this case to the Fifth Circuit. It is therefore

ORDERED that "Plaintiff's Motion to Stay of in the Alternative for an Extension of Time Re ECF Entries 51-60" (ECF 61) and "Plaintiff's Motion to Certify Questions to the Court of Appeals for the Fifth Circuit" (ECF 62) are DENIED.

Signed on February 20, 2025, at Houston, Texas.

                                                              Christina A. Bryan
                                           United States Magistrate Judge