United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| JOANNA BURKE, | § | Civil Action No |
| Plaintiff, | § | 4:24-cv-00897 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| PHH MORTGAGE | § | |
| CORPORATION, *et al*, | § | |
| Defendants. | § | |

## Order Imposing Pre-Filing Injunction

For the reasons stated in the Opinion and Order entered this same day, Plaintiff Joanna Burke has been declared to be a VEXATIOUS LITIGANT.

As such, it is hereby ORDERED that:

- o Plaintiff is prohibited from filing any civil action in the United States District Court for the Southern District of Texas, either *in forma pauperis* or with payment of fees, without first obtaining permission from the district judge assigned to the miscellaneous docket at the time of the request for permission; and

- o Any action instituted by Plaintiff in another forum that is transferred or removed to the Southern District of Texas will be reviewed by the assigned district judge and may be dismissed *sua sponte* if it is discerned to have no meritorious basis.

SO ORDERED.

Signed on March 14, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge