United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA BURKE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-00897 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PHH MORTGAGE | § | |
| CORPORATION, *et al*, | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Opinion and Order entered this same day.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on March 14, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge